**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Rome Division**

In Re: Debtor(s)
**Reginald Wendell Taylor**
16 Cambridge Dr SE
Rome, GA 30161

xxx–xx–0118

Case No.: **18–42059–pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated: February 23, 2022

*[signature]*

Paul W. Bonapfel
United States Bankruptcy Judge

Form 133a