**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Rome Division**

In Re: Debtor(s)
**Reginald Wendell Taylor**
16 Cambridge Dr SE
Rome, GA 30161

**xxx–xx–0118**

Case No.: **18–42059–pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated: February 23, 2022

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Form 133a

United States Bankruptcy Court

Northern District of Georgia

In re:  
Reginald Wendell Taylor  
      Debtor

Case No. 18-42059-pwb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-6        User: bncadmin        Page 1 of 2  
Date Rcvd: Feb 23, 2022        Form ID: 133a        Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Wendell Taylor, 16 Cambridge Dr SE, Rome, GA 30161-9431 |
| 21793034 | + | Capital Bank NA, 110 Gibralter Rd Suite 130, Horsham, PA 19044-2302 |
| 21793036 | + | Christopher P Twyman, Attorney for Rajadhiraj Proper, 711 Broad Street, Rome, GA 30161-3015 |
| 21953677 | + | Christopher P. Twyman, 711 Broad Street, Rome, GA 30161-3015 |
| 21793037 | + | Consumer Portfolio Svs, 19500 Jamboree Rd Suite 500, Irvine, CA 92612-2437 |
| 21793039 | | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 21793040 | | Experian, PO Box 9701, Allen, TX 75013-9701 |
| 21793041 | + | Floyd County Superior Court, 3 Government Plaza, Rome, GA 30161-2850 |
| 21825091 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 21793044 | + | Jie Li, 7323 Lake Walton Blvd, Covington, GA 30014-8557 |
| 21793045 | + | Rajadhiraj Properties, LLC, 2 Caversham Ln, Rome, GA 30161-8065 |
| 21793046 | + | Rajshkumar Miniyar, 2 Caversham Ln, Rome, GA 30161-8065 |
| 21968852 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd STE 300, Highlands Ranch, CO 80129-2386 |
| 21793047 | + | Trans Union, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21793033 | + | Email/PDF: bncnotices@becket-lee.com | Feb 23 2022 20:41:28 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 21901406 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2022 20:41:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 21900696 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2022 20:41:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 21793035 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2022 20:41:35 | Capital One Bank USA NA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 21803303 | | Email/Text: mrdiscen@discover.com | Feb 23 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 21793038 | + | Email/Text: mrdiscen@discover.com | Feb 23 2022 20:40:00 | Discover FIN SVCS LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 21793042 | | Email/Text: brnotices@dor.ga.gov | Feb 23 2022 20:40:00 | Georgia Department of Revenue, Bankruptcy Section, PO Box 161108, Atlanta, GA 30321-1108 |
| 21793043 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2022 20:40:00 | Internal Revenue Service, PO Box 105404, Atlanta, GA 30348 |
| 21947273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2022 20:41:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 21793643 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 23 2022 20:41:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 21794385 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 20:41:35 | Synchrony Bank, c/o PRA Receivables |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 21794834 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Feb 23 2022 20:40:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21838735 |  | Consumer Portfolio Services P.O. Box 57071 Irvine |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2022            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad Ralston Simon | on behalf of Creditor Specialized Loan Servicing LLC Chad@chadsimonlaw.com, chadrsimon21@gmail.com |
| Jeffrey B. Kelly | on behalf of Debtor Reginald Wendell Taylor kellycourtnotices@gmail.com Kellygabankruptcy@gmail.com;LawOfficesofJeffreyBKelly@jubileebk.net |
| K. Edward Safir | courtdailysummary@atlch13tt.com |

TOTAL: 3